[No. 72247-6-I. Division One. September 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT T. VISNICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13267-9, Roger Rogoff, J., entered July 24, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer and Leach, JJ.

[No. 72309-0-I. Division One. September 21, 2015.]

*In the Matter of the Detention of* R.C.

Appeal from a judgment of the Superior Court for King County, No. 14-6-02010-9, Helen Halpert, J., entered July 16, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[Nos. 72441-0-I; 72443-6-I; Division One. September 21, 2015.]
72442-8-I.

*In the Matter of the Dependency of* C.F.R. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DONALD RAYFIELD, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 13-7-00397-6, Anita L. Farris, J., entered August 1, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Cox and Dwyer, JJ.

[No. 72509-2-I. Division One. September 21, 2015.]

*In the Matter of the Detention of* C.L.

Appeal from a judgment of the Superior Court for King County, No. 14-6-02247-1, Beth M. Andrus, J., entered August 26, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Trickey, JJ.